■ CONNIE B. PEER et al., Respondents, v NEW YORK CITY TRANSIT AUTHORITY, Appellant and Third-Party Plaintiff, et al., Third-Party Defendant. — Judgment, Supreme Court, New York County (Smyk, J.), entered on August 27, 1981, unanimously modified, on the law and the facts, and a new trial ordered on the issue of damages only with respect to plaintiff Connie Beatrice Peer, without costs and without disbursements, unless said plaintiff, within 20 days after service upon her of a copy of the order herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in her favor to $200,000 and to the entry of an amended judgment in accordance therewith, and the judgment is otherwise affirmed. If plaintiff Connie Beatrice Peer so stipulates, the judgment, as so amended and reduced is affirmed, without costs and without disbursements. After review of the record, the damages awarded to plaintiff Connie Beatrice Peer appear to us to be excessive to the extent indicated. Concur — Murphy, P. J., Carro, Asch, Silverman and Milonas, JJ.

■ BAKER, NELSON & WILLIAMS, Appellant-Respondent, v JOHN WRIGHT et al., Respondents-Appellants. — Cross appeals from order, Supreme Court, New York County (Ryp, J.), entered on May 27, 1982, and appeal from order of said court, entered on June 30, 1982, withdrawn, with prejudice, and without costs. No opinion. Concur — Kupferman, J. P., Sullivan, Markewich, Lynch and Kassal, JJ.

■ In the Matter of MADELINE RENAULT, Petitioner, v EDWIN TORRES, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MADELINE RENAULT, Defendant. — Cross motion to dismiss petition granted, and the petition for a writ of mandamus dismissed, and the application denied, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sandler, Silverman, Lynch and Milonas, JJ.

■ In the Matter of LYNNE BLAKE, Petitioner, v JUDGE B. WRIGHT et al., Respondents. — Application for a writ of mandamus unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Carro, Asch, Milonas and Alexander, JJ.